UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLEN P. RICHTER,

                                                    1:07-CV-01845 OWW

vs.

FEDERAL BUREAU OF PRISONS,                NOTICE OF HEARING ON
ET.AL.                                                          DISMISSAL FOR LACK
                                                                                 OF PROSECUTION

_____/

YOU ARE HEREBY NOTIFIED that the above-entitled action has been placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge, in Courtroom Three of the above-entitled court located at 2500 Tulare Street, Courtroom Three, Fresno, California, on Monday, October 20, 2008, at 10:00 AM, for dismissal for lack of prosecution.

YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the action should or should not be dismissed.  Such affidavits or certificates are to be filed at least seven days prior to the hearing.  Failure to comply will result in dismissal of the action and/or other sanctions.

DATED:  September 11, 2008

                                                       VICTORIA MINOR, Clerk

                                        By:
                                                A. Timken, Deputy Clerk