UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
ALLEN P. RICHTER,            )
                             )
              Plaintiff,     )
                             )   1:07-CV-01845 OWW DLB
     v.                      )
                             )   ORDER DISMISSING ACTION
FEDERAL BUREAU OF PRISONS,   )   FOR LACK OF PROSECUTION
                             )
              Defendant.     )
                             )
                             )
_____ )
```

It appearing that the plaintiff having failed to prosecute this action and having failed to respond to the court's Order To Show Cause;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   October 21, 2008**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE

1